1 LAWRENCE G. BROWN
  United States Attorney
2 PHILIP A. FERRARI
  Assistant U.S. Attorneys
3 501 I Street, Suite 10-100
  Sacramento, California 95814
4 Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S 08-122 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC BROOKS, and | ) | |
| OLIVIA WIMMER, | ) | Date: July 10, 2009 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

    It is hereby stipulated by and between the United States of America through its attorneys, and defendants Eric Brooks and Olivia Wimmer and their attorneys, that the status conference hearing set for June 26, 2009, be vacated, and that a status conference for defendant Brooks and a change of plea for defendant Wimmer be set for July 10, 2009 at 9:00 a.m.

    The continuance is being requested because each of the parties is involved in continuing negotiations directed towards resolution of this case.  The parties require more time to seek that resolution, as well as to review and evaluate the evidence in this case.  The parties request that speedy trial time be excluded from

-1-

1  the date of this order through July 10, 2009, pursuant to 18 U.S.C.
2  §3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

3  DATED: June 25, 2009          /s/ Philip Ferrari for
                                 TOM JOHNSON, ESQ.
4                                Attny. for Olivia Wimmer

5
6  DATED: June 25, 2009          /s/ Philip Ferrari for
                                 DWIGHT SAMUEL, ESQ.
7                                Attny. for Eric Brooks

8  DATED: June 25, 2009          LAWRENCE G. BROWN
9                                United States Attorney

10                          By: /s/ Philip Ferrari
11                              PHILIP A. FERRARI
                                Assistant U.S. Attorney

14  **IT IS SO ORDERED.**
15  Dated:  June 26, 2009

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge