HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ERIC BROOKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ERIC BROOKS,<br><br>        Defendant | No. Cr. 2:08-cr-122 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable GARLAND E. BURRELL, JR. |

Defendant, ERIC BROOKS, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

    1.    Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.    On October 26, 2012, this Court sentenced Mr. Brooks to a term of 198 months imprisonment;

    3.    His total offense level was 37, his criminal history category was VI, and the resulting guideline range was 360 months to life in prison. He received a reduction from the low-end of the applicable range on the government's motion;

4. The sentencing range applicable to Mr. Brooks was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Brooks' total offense level has been reduced from 37 to 35, and his amended guideline range is 292 to 365 months. A reduction comparable to the one he received originally produces a term of 160 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Brooks' term of imprisonment to a total term of 160 months.

Respectfully submitted,

Dated:  November 2, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/  Jason Hitt
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   November 2, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
ERIC BROOKS

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Brooks is entitled to the benefit Amendment 782, which reduces the total offense level from 37 to 35, resulting in an amended guideline range of 292 to 365 months.  A reduction comparable to the one he received originally produces a term of 160 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2012 is reduced to a term of 160 months, a sentence that is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Brooks shall report to the United States Probation Office within seventy-two hours after his release.

Dated: November 4, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge