AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 3 (Page 2 Not for Public Disclosure)

Case 2:08-cr-00122-GEB Document 112 Filed 12/15/15 Page 1 of 1

# UNITED STATES DISTRICT COURT

## for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 2:08CR00122-01 |
| ERIC BROOKS | ) USM No: 17527-097 |
| Date of Original Judgment: 10/26/12 | ) |
| Date of Previous Amended Judgment: | ) Hannah Labaree, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

# ORDER REGARDING MOTION FOR SENTENCE REDUCTION
# PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 198 months **is reduced to** 160 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 11/15/12 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 12/15/15

_____
*Judge's signature*

Effective Date: _____     Garland E. Burrell, Jr., U.S. District Judge
*(if different from order date)*                               *Printed name and title*